UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:   07-55932 |
| CHARLES WILLIAM HANNIGAN | | |
| ALICIA MARIE HANNIGAN | : | Chapter 13 |
| | : | Judge:   John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  May 24, 2011                               /s/ Frank M. Pees
                                                                   _____
                                                                   Frank M. Pees
                                                                   Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NICOLE WINSTON<br>1010 ROLLING MEADOWS RD<br>VILLA RICA, GA  301806969 | 1.80 |